THOMAS A. CLAY, RESPONDENT, v. J. ALEXANDER
BROWNE, APPELLANT.

Submitted December 5, 1921—Decided February 9, 1922.

On appeal from the Supreme Court, whose opinion is re-
ported in 96 N. J. L. 303.

For the respondent, *William I. Lewis*.

For the appellant, *Edward F. Merrey*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Jus-
tice Gummere in the Supreme Court.

*For reversal*—None.